**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

In the Matter of the Care and Treatment of Gary Lee Burris, Appellant.

Appellate Case No. 2017-002497

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2019-UP-276
Submitted June 1, 2019 – Filed July 31, 2019

**APPEAL DISMISSED**

Appellate Defender David Alexander, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Deborah R.J. Shupe, both of Columbia, for Respondent.

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.

**APPEAL DISMISSED.**

**HUFF, THOMAS, and KONDUROS, JJ., concur.**